Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                Case No.: 19–23870–KCF
                                Chapter: 7
                                Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Melanie Lynn Brown
   aka Melanie Montgomery
   270 Flyatt Rd
   Tabernacle, NJ 08088–9306

Social Security No.:
   xxx–xx–6875

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that John Michael McDonnell is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>October 21, 2019</u>                    <u>Kathryn C. Ferguson</u>
                                                Judge, United States Bankruptcy Court